UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UMMA DUMMA, | : | |
| | : | |
| Petitioner, | : | Civ. No. 17-1434 (RBK) |
| | : | |
| v. | : | |
| | : | |
| LEON A. WINGATE, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondents. | : | |

Petitioner, Umma Dumma ("Petitioner" or "Dumma"), is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In July, 2017, this Court administratively terminated this matter. (*See* ECF 4). Petitioner had failed to file his § 2254 habeas petition on the proper form and his request for relief due to his conditions of confinement and lack of adequate medical care were not properly brought in this federal habeas action. (*See id.*). In April, 2023, and again in June, 2023, Petitioner filed letters in this habeas action. (*See* ECF 5, 6 & 7). So that those letters can be analyzed, the Clerk will be ordered to reopen this case.

Petitioner's letters do not warrant this Court analyzing Petitioner's action in this case under § 2254. Indeed, he has not compiled with this Court's July, 2017 order requiring him to file his § 2254 habeas petition on the proper form. Accordingly, the Clerk will be ordered to re-administratively terminate this case.

Therefore, IT IS on this 6th day of July 2023,

ORDERED that the Clerk shall reopen this case so that Petitioner's recent letter filings (ECF 6, 7 & 8) can be analyzed; and it is further

2

ORDERED that the Clerk shall re-administratively terminate this case as Petitioner has not filed his § 2254 habeas petition on the proper form as previously instructed in July, 2017, and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge